# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Vachon Yanaine Mardis,

          Plaintiff,

vs.

Cheryl Ramstad Hvass, Ex-Commissioner
of Corrections, David Crist, et al.,

          Defendants.

Civil No. 04-5103 (RHK/RLE)

**O R D E R**

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

    1. The Report and Recommendation (Doc. No. 6) is **ADOPTED**; and

    2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**, but without prejudice, for failure to prosecute and for failure to comply with the prior Order of the Court.

Dated: May 20, 2005

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge